## SECOND DISTRICT.

A. W. Francke et al., appellants, v. Benjamin Eadie et al. William W. Eadie, executor of last will and testament of Benjamin Eadie, deceased, et al., appellees. Gen. No. 9,243.

Opinion filed February 15, 1938. Rehearing denied March 23, 1938.

Walter E. Healy, for appellants. Burrell & Burrell and Nack & Nack, for certain appellee; David M. Burrell, of counsel. Mayer, Meyer, Austrian & Platt, for certain other appellee; Frederic Burnham and Carl Cohn, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

H. H. Antrim, appellee, v. Walter C. Pfender, executor of last will and testament of Margaret Caldwell, deceased, appellant. Gen. No. 9,231.

Opinion filed March 10, 1938.

George F. Korf and John H. Page, for appellant. Oscar E. Heard, Oscar E. Heard, Jr. and Robert L. Bracken, for appellee.

Mr. Presiding Justice Dove delivered the opinion of the court.

G. C. Wilson, appellant, v. Henry W. Person et al., appellees. Gen. No. 9,239.

Opinion filed March 10, 1938.

James Berry, for appellant. Carl Solomonson, for appellee David Carlson Roofing Co.

Mr. Presiding Justice Dove delivered the opinion of the court.